UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CUNNINGHAM, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 05-1545 (PLF) <br> ) |
| UNITED STATES OF AMERICA, | ) <br> ) |
| Defendant. | ) <br> ) |

**DEFENDANT'S OPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant United States ("Defendant"), through counsel, respectfully moves this Court to enlarge the time within which it may respond to the complaint. In support of this motion, Defendant respectfully refers the Court to the attached memorandum of points and authorities.

Pursuant to LCvR 7(m), Defendant's counsel has consulted with Plaintiff's counsel concerning this motion. Plaintiff's counsel indicated that she does not oppose an extension of the answer deadline, but that she does oppose an extension if Defendant wishes to respond to the complaint by filing a dispositive motion. Defendant does not yet know whether it will answer or file a dispositive motion; accordingly, the Court should assume that Plaintiff opposes the extension request.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

                    /s/
_____
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7236

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL CUNNINGHAM,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1545 (PLF)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S OPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

  1.  Pursuant to Fed. R. Civ. P. 6(b)(1), the deadline for answering or otherwise responding to a complaint may be extended for good cause shown if the extension request is made before the expiration of the period for answering.

  2.  Pursuant to Fed. R. Civ. P. 12(a)(3)(A), when the United States is a defendant, it must respond to a complaint within 60 days of service on the U.S. Attorney's Office.

  3.  Plaintiff filed the complaint herein on July 29, 2005, and served the U.S. Attorney's Office on August 23, 2005. Thus, Defendant's deadline for responding to the complaint is October 24, 2005.

  4.  The undersigned has not yet had an opportunity to review all the facts and circumstances surrounding Plaintiff's action as he has not yet received a litigation report. Defendant therefore requests an additional 30 days to answer, move, or otherwise plead to Plaintiff's complaint.

  5.  Defendant has not previously sought an extension of the answer deadline.

WHEREFORE, Defendant respectfully requests that it be given until November 23, 2005, to answer, move, or otherwise plead to the complaint.

                                                Respectfully submitted,

                                                /s/
                                      KENNETH L. WAINSTEIN, D.C. Bar #451058
                                      United States Attorney

                                                /s/
                                      STRATTON C. STRAND, D.C. Bar #464992
                                      Assistant United States Attorney
                                      555 Fourth Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 514-7236