UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1545 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### **ORDER**

UPON CONSIDERATION of Defendant's Opposed Motion for Enlargement of Time to Respond to Complaint, its memorandum of points and authorities in support thereof, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2005,

ORDERED, that Defendant's motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until Wednesday, November 23, 2005, to answer, move, or otherwise plead to the complaint.

_____
PAUL L. FRIEDMAN
United States District Court Judge

cc:   By ECF