UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CUNNINGHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1545 (PLF) |

## ANSWER

Defendant United States of America ("Defendant"), through counsel, hereby answers Plaintiff's complaint.

### FIRST DEFENSE

The complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

To the extent Plaintiff suffered any compensable injury, his injury was caused by the negligence or intentional conduct of a third party, not Defendant or its employees or agents.

### THIRD DEFENSE

Plaintiff failed to exhaust his administrative remedies under the Federal Tort Claims Act with the respect to the amount of damages claimed.

### FOURTH DEFENSE

Defendant answers the allegations of Plaintiff's complaint in like-numbered and like-captioned paragraphs as follows:

Jurisdictional Statement

1. Paragraph 1 is Plaintiff's characterization of jurisdiction, to which no response is required; to the extent a response is deemed required, Defendant denies the allegations of Paragraph 1.

2. Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 2; on that basis, Defendant denies the allegations.

Parties

3. Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 3; on that basis, Defendant denies the allegations.

4. Denied.

Cause of Action

5. Defendant repeats its responses to Paragraphs 1-4 and incorporates them herein by reference.

6. Denied.

7. Denied.

8. Denied.

9. Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 9; on that basis, Defendant denies the allegations.

10. Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 10; on that basis, Defendant denies the allegations.

11. Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 11; on that basis, Defendant denies the allegations.

12. Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 12; on that basis, Defendant denies the allegations.

13. Paragraph 13 contains the legal conclusions of the pleader, to which no response is required; to the extent a response is deemed required, Defendant denies the allegations.

14. Paragraph 14 contains the legal conclusions of the pleader, to which no response is required; to the extent a response is deemed required, Defendant denies the allegations.

15. Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 15; on that basis, Defendant denies the allegations.

16. Paragraph 16 contains Plaintiff's prayer for relief, to which no response is required; to the extent a response is deemed required, Defendant denies that Plaintiff is entitled to the relief sought or to any relief whatsoever. Additionally, Defendant denies each and every allegation contained in the complaint not specifically admitted herein.

## Jury Demand

The Federal Tort Claims Act does not provide Plaintiff a right to a jury trial.

WHEREFORE, having fully answered, Defendant respectfully requests that the Court dismiss Plaintiff's complaint with prejudice and grant Defendant fees, costs, and such additional and further relief as the Court deems appropriate.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

/s/
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney