UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| MICHAEL CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1545 (PLF) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the parties' Joint Rule 16.3 Report, and the record herein, it is by the Court, this _____ day of _____, 2005, hereby

ORDERED that:

(1)  **Initial disclosures** under FRCP 26(a)(1) shall be waived.

(2)  Each party is limited to a maximum of **5 depositions** and **25 interrogatories**.

(3)  **FRCP 26(a)(2)(B) statements** shall be due on or before:

   Proponent's: _____.

   Opponent's: _____.

(4)  **All discovery shall be completed** on or before _____.

(5)  **Dispositive motions** are due

   on or before _____;

   with Oppositions due on or before _____;

   with Replies, if any, due on or before _____.

(6)     The depositions for any liability experts shall be taken during the discovery period.

(7)     A **Status Conference** is hereby set for _____ at _____.

(8)     Dates for the pretrial conference, motions *in limine*, and *voir dire* will be set at the final status conference, if necessary.

(9)     A trial date will be set at the pretrial conference, if necessary.

SO ORDERED.

                                                                          _____
                                                                          PAUL L. FRIEDMAN
                                                                          United States District Court Judge

Copies:   By ECF