UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL CUNNINGHAM,                )
                                                            )
            Plaintiff,                                 )
                                                            )
    v.                                                   )   Civil Action No. 05-1545 (PLF)
                                                            )
UNITED STATES OF AMERICA,   )
                                                            )
            Defendant.                             )

**NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCE**

The Clerk of Court will please **enter** the appearance of Assistant United States Attorney Darrell C. Valdez as government counsel in this action and **withdraw** the appearance of Assistant United States Attorney Stratton C. Strand.

Respectfully submitted,

/s/ Stratton C. Strand
STRATTON C. STRAND, D.C. Bar #464992
Assistant United States Attorney

/s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. Bar #420232
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2843