UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
MICHAEL CUNNINGHAM,                )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )    Civil Action No. 05-1545 (PLF)
                                   )
UNITED STATES OF AMERICA,          )
                                   )
        Defendant.                 )
_____)

**PLAINTIFF'S PRAECIPE OF EMAIL ADDRESS CHANGE**

The plaintiff hereby notifies the court that effective immediately a new email address as follows:

601 Pennsylvania Avenue, Northwest
Suite 900 South
Washington, DC 20004
Telephone Number: (202) 434-8174
Facsimile Number: (202) 434-8176
Email Address: jreedlaw@myway.com

Respectfully submitted:

_____
Janai C. Reed   Bar No. 420259
601 Pennsylvania Avenue, Northwest
Suite 900 South
Washington, DC 20004
(202) 434-8174
Facsimile: (202) 434-8176
Email: jreedlaw@myway.com