UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
)
MICHAEL CUNNINGHAM,                                )
)
    Plaintiff,                                              )
)
    v.                                                        )   Civil Action No. 05-1545 (PLF)
)
UNITED STATES OF AMERICA,               )
)
    Defendant.                                          )
_____)

**PLAINTIFF'S MOTION TO REOPEN
DISCOVERY AND EXTEND ALL DEADLINES ACCORDINGLY AND RESPECTIVELY**

The plaintiff hereby moves this honorable court to re-open discovery and extend the deadlines heretofore imposed on December 19, 2005 accordingly and respectively. As reasons for this request, the following representations are made:

1. Discovery closed in this matter on April 18, 2006.

2. On or about April 13th, undersigned counsel received a telephone call from defendant indicating that although new counsel would be entering his appearance in this matter, he (AUSA Stratton) would be filing a motion to extend discovery before leaving the case.

3. Undersigned counsel consented to the motion, indicating that she was about to "rush" and get discovery to defendant, but the necessity to do so was obviated by his motion.

4. Undersigned counsel further consented to a "joint" request for the extension.

5. Subsequently, undersigned counsel was out of the jurisdiction for the better part of the month of May. Upon return, however, it was determined that the motion to extend had not been filed.

1

6. On or about May 24th, the date of counsel's return to the office, a message was left on substitute counsel's voice messaging system advising of the representations made herein.

7. To date, there has been no response to that message.

8. Undersigned counsel relied on the representations of previous counsel as to the filing of the requested extension. At no time was there any indication that the defendant did not intend to file the joint motion as indicated. Had there been such a representation, the plaintiff had time within which to propound discovery. That time has now expired.

9. The discovery in the case is neither complex nor extensive, yet, it must be conducted in order to effectively develop plaintiff's action.

10. The defendant is not prejudiced by the granting of this request and the necessity for this request arises from unsolicited representations made by the defendant.

WHEREFORE, plaintiff respectfully requests of this honorable court the re-opening of discovery, extending the deadlines as follows:

    Discovery Closes:    August 18, 2006

    Dispositive motions:  60 days after completion of discovery.

    Oppositions:  30 days after service of dispositive motions.

    Replies:  30 days after service of oppositions.

    Proposed date for a decision on the motions:  60 days after due date for replies,

or as soon thereafter as is consistent with the Court's calendar.

                      Respectfully submitted:

                      _____
                      Janai C. Reed   Bar No. 420259
                      601 Pennsylvania Avenue, Northwest
                      Suite 900 South
                      Washington, DC 20004
                      (202) 434-8174
                      Facsimile: (202) 434-8176
                      Email: jreedlaw@myway.com