**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MICHAEL CUNNINGHAM

v.                          **Civil Action No.: 1:05-CV-1545PLF**

UNITED STATES OF AMERICA

**CONSENT MOTION TO FILE AMENDED COMPLAINT FILED HEREIN**

Comes now the plaintiff, with the consent of the government and moves this honorable court to docket the amended complaint filed herein.  As reasons for this request, the following representations are made for the court's consideration.

1.  The amended complaint is filed to correct the date of injury from on or about December 2, 2003 to on or about November 12, 2003.

2.  The defendant is in possession of all of the documents that would have previously alerted them to the actual date of injury and so is not prejudiced by this subsequent amendment.

3.  In all other respects, the complaint remains the same.

4.  The government does not oppose this request.


**REST OF PAGE LEFT BLANK INTENTIONALLY**

WHEREFORE, the plaintiff respectfully prays this honorable court allow the filing of the amended complaint herein.  The plaintiff does not oppose any reopening and extension of discovery necessitated by this filing.

Respectfully submitted:

_____
Janai C. Reed  Bar # 420259
Attorney for Michael Bobby Cunningham
601 Pennsylvania Avenue, Northwest
 Suite 900 South
Washington D.C. 20004
(202) 434-8174 Fax: (202) 434-8176
 **Cell: (202) 262-5831**
**Email:  jreedlaw@myway.com**