UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1545 (PLF) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION
TO REOPEN DISCOVERY AND EXTEND DEADLINES**

Pursuant to Fed. R. Civ. P. 6(b), Defendant, United States of America, through counsel, respectfully requests that the Court reopen discovery for an additional period, to December 4, 2006, and further extend the deadlines for filing dispositive motions in this matter to December 22, 2006. In support of this motion, Defendant respectfully states as follows:

1.  On December 23, 2003, the United States Marshal's Service ("U.S. Marshal's Service") received a Standard Form 95 (SF 95) Claim for Damage, Injury, or Death, from Plaintiff alleging that, on December 2, 2003, while in the custody of the U.S. Marshal's Service he was stabbed in the right eye with a sharp object by another prisoner. In the SF95, Plaintiff requested $150,000.00 in damages for personal injury

2.  Before the U.S. Marshal's Service could complete its investigation into the allegation, Plaintiff filed the present civil action pursuant to the Federal Tort Claims Act against the United States, alleging that, on December 2, 2003, the U.S. Marshal's Service negligently failed to protect Plaintiff while he was in their custody. Complaint (Dkt. 1) at 3-4. After Defendant filed an Answer denying the allegations of Plaintiff's Complaint, the District Court set

forth a discovery schedule and deadlines for filing dispositive motions.  Under an Amended Scheduling Order, discovery was to close on August 18, 2006, and dispositive motions were due on October 18, 2006.

3.  The parties engaged in discovery specifically referencing the date alleged in the SF95 and the Complaint.

4.  On October 17, 2006, after the close of discovery and while Defendant was preparing a Motion for Summary Judgment, counsel for Plaintiff informed counsel for Defendant that Plaintiff intended to amend his Complaint to change the date upon which the incident was to have occurred.  Counsel for Defendant informed Plaintiff's counsel that Defendant would consent to the Motion to Amend if Plaintiff would also agree to and request additional time for discovery in light of this revelation and for additional time for filing dispositive motions.  Counsel for Plaintiff agreed.

5.  On October 18, 2006, counsel for Defendant called Plaintiff's counsel to confirm that Plaintiff would be filing the motions agreed upon, and was informed that the motions would be filed late in the day.

6.  Counsel for Defendant arrived to work on October 19, 2006, and found that the motions had not been filed by Plaintiff.  When counsel called Plaintiff's counsel and asked about the motions, Plaintiff's counsel stated that because Plaintiff believes that the actual date was only one day off from that alleged in the complaint – December 1, 2003 – Plaintiff had decided that there was no significant variance in the dates that would require amendment.

7.  In the afternoon of October 19, 2006, Plaintiff's counsel called counsel for Defendant to advise that, after further investigation, the actual date was found to be substantially

different from the date alleged in the complaint – November 12, 2003 as opposed to December 2, 2003 – and that Plaintiff would be filing a Motion to Amend the Complaint.

8.  In light of the substantial variance in the dates of the alleged incident, and the fact that prior discovery was premised on the date alleged in the first complaint, Defendant needs additional discovery and additional time to file a dispositive motion in this matter.

9.  Plaintiff consent to this motion.

Wherefore, for all of the foregoing reasons, Defendant respectfully requests that the Court reopen discovery for an additional period, to December 4, 2006, and further extend the deadlines for filing dispositive motions in this matter to December 22, 2006.

Respectfully submitted,

  /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


  /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


  /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CUNNINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1545 (PLF) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Reopen Discovery and Extend Deadlines to File Dispositive Motions, it is this _____ day of October, 2006, hereby

ORDERED, that the Consent Motion is granted, it is further

ORDERED, that the discovery period shall be re-opened and extended until December 4, 2006, and it is further

ORDERED, that dispositive motions are due by December 22, 2006.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE