UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1545 (PLF) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION
TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**

Pursuant to Fed. R. Civ. P. 6(b), Defendant, United States of America, through counsel, respectfully requests that the Court extend the deadlines for filing dispositive motions in this matter to February 22, 2007. In support of this motion, Defendant respectfully states as follows:

1. Plaintiff filed the present civil action pursuant to the Federal Tort Claims Act against the United States, alleging that the U.S. Marshals Service negligently failed to protect Plaintiff while he was in their custody. Complaint (Dkt. 1) at 3-4. After Defendant filed an Answer denying the allegations of Plaintiff's Complaint, the District Court set forth a discovery schedule and deadlines for filing dispositive motions. Under an Amended Scheduling Order, discovery closed on December 4, 2006, and dispositive motions are due on December 22, 2006.

2. Because the parties were still exchanging discovery and because the Plaintiff was unable to attend a previously-scheduled deposition, the parties agreed, pursuant to Fed. R. Civ. P. 29, to continue discovery prior to the deadline for dispositive motions. However, Plaintiff was unable to attend the latest-scheduled deposition, and the Defendant has provided Plaintiff with the names of two additional witnesses. As a result, and due to the intervening holiday schedule,

the parties now need additional time to file dispositive motions.

3.      Plaintiff consents to this motion.

Wherefore, for all of the foregoing reasons, Defendant respectfully requests that the Court extend the deadlines for filing dispositive motions in this matter to February 22, 2007.

Respectfully submitted,

 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


 /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CUNNINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1545 (PLF) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Extend Deadlines to File Dispositive Motions, it is this _____ day of December, 2006, hereby

ORDERED, that the Consent Motion is granted, it is further

ORDERED, that dispositive motions are due by February 22, 2007.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE