UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CUNNINGHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1545 (PLF) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S CONSENT MOTION
TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS**

Pursuant to Fed. R. Civ. P. 6(b), Defendant, United States of America, through counsel, respectfully requests that the Court extend the deadlines for filing dispositive motions in this matter to March 22, 2007. In support of this motion, Defendant respectfully states as follows:

1. Plaintiff filed the present civil action pursuant to the Federal Tort Claims Act against the United States, alleging that the U.S. Marshals Service negligently failed to protect Plaintiff while he was in their custody. Complaint (Dkt. 1) at 3-4. After Defendant filed an Answer denying the allegations of Plaintiff's Complaint, the District Court set forth a discovery schedule and deadlines for filing dispositive motions. Under an Amended Scheduling Order, dispositive motions are due on February 22, 2007.

2. The parties are currently engaged in discussions in an attempt to resolve this matter short of trial, and need additional time to complete the discussions without incurring additional attorney time and fees. Defendant has requested and is awaiting additional documentation from Plaintiff regarding Plaintiff's medical bills before the discussions may continue.

3.	Plaintiff consents to this motion.

Wherefore, for all of the foregoing reasons, Defendant respectfully requests that the Court extend the deadlines for filing dispositive motions in this matter to March 22, 2007.

Respectfully submitted,

 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


 /s/ Rudolph Contreras
RUDOLPH  CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CUNNINGHAM,       ) | |
|                Plaintiff,       ) | |
| v.       ) | Civil Action No. 05-1545 (PLF) |
| UNITED STATES OF AMERICA,       ) | |
|                Defendant.       ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Consent Motion to Extend Deadlines to File Dispositive Motions, it is this _____ day of February, 2007, hereby

ORDERED, that the Consent Motion is granted, it is further

ORDERED, that dispositive motions are due by March 22, 2007.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE