UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL CUNNINGHAM,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1545 (PLF)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF IMPENDING SETTLEMENT**

The plaintiff hereby notifies the court that the parties have reached an agreement to settle the above captioned matter.  The parties anticipate the filing of a final settlement agreement with the court within two weeks.

Respectfully submitted:

_____
Janai C. Reed   Bar No. 420259
601 Pennsylvania Avenue, Northwest
Suite 900 South
Washington, DC 20004
(202) 434-8174
Facsimile: (202) 434-8176
Email: jreedlaw@myway.com

1