UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

MICHAEL CUNNINGHAM

      V.                      1:05 CV-1545PLF

UNITED STATES OF AMERICA

## CONSENT MOTION TO EXTEND TIME IN WHICH TO REINSTATE CLOSED CASE

Comes now the plaintiff, by and through undersigned counsel, and moves this honorable court to extend by thirty days, the time in which plaintiff may reinstate the case. As reasons for this request, the following representations are made:

1. The parties have settled the matter, but settlement funds have not been tendered to the plaintiff.

2. The parties anticipate that the funds will be transferred but to avoid any prejudice to the plaintiff believe it prudent to seek an extension of time in which to reinstate the case should that not happen.

WHEREFORE, the plaintiff with the consent of the defendant, respectfully request a short extension of time in which to reinstate the complaint should the necessity arise.

Respectfully submitted:

_____
Janai C. Reed  Bar No. 420259
601 Pennsylvania Avenue, Northwest
Suite 900 South

             Washington, DC  20004
             (202) 434-8174   Fax: (202) 434-8176
             Email:  jreedlaw@myway.com

## CERTIFICATE OF SERVICE

  I hereby certify THAT A COPY OF THE FOREGOING Motion to Continue was mailed first class, postage prepaid to the Office of the United States Attorney for the District of Columbia, AUSA Stigelhalter at 555 Fourth Street, Northwest, Third Floor, Washington, DC 20530 this 30th day of April 2007.  A copy was also sent by facsimile to (202) 514-8788.

          _____